82,1915-01 7/6/2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 12 2015
Abel Acosta, Clerk

I send a copy of an 11.07 to the District Clerk in Taylor County, Texas. They received it around 9/26/2014. Even though I plead guilty to something I did not do, and of course I got denied on my 11.07. I am never informed. I copy of the 11.07 that I sent. I never got to see the Motion of Discovery my attorney Tom Watson so called claimed to have. I really do not think Tom Watson had my Motion of Discovery, and he lied to me to coax me into pleading guilty.

I made up a story the night I was arrested, and of course they automatically assumed I did the charge of Burglary of a Habitation with a firearm. I never owned a gun in my life, and I did not own the shotgun I was accused of having. I do not see who Texas is going to charge me with a gun. My fingerprints wasn't on the gun, nor did I have gun powder residue on my hands either. I did not have any gloves on my hands. I didn't have anything else on them either.

I did buy some shotgun shells, but I was going to use them to practice shooting a shotgun, so I could kill some deer when hunting season came around. I have loved eating deer sausages with jalapenos in them. I didn't buy the shotgun shells for anything else. However, Donald Grooms stole some shells from me, and he shot the gun Russel Devillars. He took the shells without me knowing about it.

They pinned evidence on me over some hearsay. They didn't really have any solid evidence, except me buying some shotgun shells from Wal-Mart. People buy shotgun shells, and ammunition at all hours of the night and day. They really don't have anything on me to send me to prison. They just coaxed me into pleading guilty to something I did not do.

When they pulled me over, there was nothing to tie me to that charge. They searched the truck for 2 hours, and didn't find anything. The same thing happened at the house. There was no fingerprints, boot prints, or DNA. Russel and the woman did not see me inside, or outside the house.

I'd like to know how I was involved, because this doesn't make sense to place me somewhere without evidence except hearsay.

I've never been a violent person. Growing up I had an attitude as a child, but I wasn't violent. I'm still not a violent person at my age now. Some offenders ask me: who am I even in prison. They know I'm not violent. I tell them I was in the wrong place at the wrong time.

All I've ever done is pay my taxes and work. I don't bother nobody. I keep to myself most of the time. I'll hang out with friends once in a while. Some people tell me I got a boring life, but it kept me from getting accused of doing things I did not do. It did until I moved to Texas. Now I'm in prison for something I did not do.

Even though I admitted to doing stuff I didn't do. Where's the evidence to back it up? I could say I won a million dollars, but that doesn't mean I did. That's just hearsay. You see where I'm coming from. Anybody can say anything but that doesn't mean it's true.

In my opinion Texas doesn't have a just, justice system, and a lot of others agree. Texas just talks people into pleading guilty, so they can get an open and shut case. Then people in Texas wonder why the prisons are over crowded. Not to mention President Obama doesn't want to help fund Texas to build more prisons. Texas' law system is crooked, that's also another reason why Obama doesn't want to help. Plus Texas doesn't want to parole people out.

The way I see it, is Texas is digging a hole they won't be able to get out of. I'm from Florida. I was born and raised there. I see flaws in the penal system Texas has, and they are not good. I can see why Texans are moving out of Texas into Florida. Florida doesn't convict on hearsay. Florida convicts on solid evidence, whether people admit to a crime or not.

Texans are moving out also, because they don't want to fall in the hole the state of Texas is digging. Texas will fall one day, and woe to the ones still living in Texas, because it will be bad. Nobody is going to want to help Texas unless they straighten up there judicial system.

Billy
Emmons

Tr. Ct No 18861-B(1)

WR-82,195-01